# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146477

**Robert P. Young, Jr.,**
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 146477
                                      COA: 311022

BARRETT RAY SCHWARZLOSE,
      Defendant-Appellant.
                                      Oakland CC: 2009-227243-FH

_____/

      On order of the Court, the application for leave to appeal the December 14, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      MCCORMACK, J., not participating because of her prior involvement in this case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



p0722

                                        Clerk